```
                                              Priority
                                              Send
                                              Enter
                                              Closed
                                              JS-5/JS-6
                                              JS-2/JS-3
                                              Scan Only
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP VILLALBA, | Case No. CV 09-3539-PA (OP) |
| Petitioner, | A M E N D E D<br>JUDGMENT |
| v. | |
| JOHN SALAZAR, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 4, 2011

HONORABLE PERCY ANDERSON
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge